UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60033-CIV-COHN

O'NEILL JACKSON a/k/a KEVIN
WILLIAMS,

Magistrate Judge White

    Petitioner,

vs.

WALTER MCNEIL, Secretary, Department
of Corrections,

    Respondent.
_____/

## **FINAL JUDGMENT**

    **THIS CAUSE** is before the Court upon the filing of the Petition [DE 1], United States Magistrate Judge Patrick A. White's Report and Recommendation [DE 16], and Petitioner's Objections [DE 19]. The Court has reviewed *de novo* the file herein, and is otherwise fully advised in the premises.

    Petitioner was convicted in state court after a jury trial of attempted first degree murder. The jury also found that he was in actual possession of a firearm during the commission of the offense, that he discharged the firearm and that great bodily harm was inflicted upon the victim as a result. His petition in this case stated five claims: 1) ineffective assistance of counsel for failure to preserve for direct appeal the issue that the trial court improperly restricted questioning on the theory of self-defense during the voir dire proceeding; 2) ineffective assistance of counsel for failure to file a motion to suppress his involuntary post-arrest statements; 3) ineffective assistance of appellate counsel for failure to raise as an issue on direct appeal that the jury instructions were fundamentally flawed; 4) his sentence of forty years is unlawful

because it exceeds the statutory maximum without a jury finding.

The Magistrate Judge entered a 29 page Report discussing each of the claims. As to the first claim regarding the amount of voir dire on the issue of self defense, this Court agrees with the Magistrate Judge that Petitioner has not met his burden under Strickland v. Washington, 466 U.S. 668 (1984), that his counsel's efforts fell below constitutional standards.  After the trial court sustained the prosecutor's objections to trial counsel's question regarding the use of self-defense in Mr. Jackson's case, the trial court then allowed trial counsel to ask questions and follow-up questions on the jurors' beliefs on the use of self-defense in general.  Report at pp. 9-13.  Petitioner has not shown prejudice by counsel's failure to preserve for direct appeal the issue that the trial court improperly restricted questioning on the theory of self-defense during the voir dire proceeding.

As to the second claim, this Court agrees with the reasoning and analysis of the Magistrate Judge that the claim regarding post-arrest statements be denied as well. The decision this week by the United States Supreme Court in Florida v. Powell, Case No. 08-1175 (February 23, 2010) eliminates any doubt as to Petitioner's second claim regarding the validity of the Miranda warning used by police in this case.

Petitioner's third claim for ineffective assistance of appellate counsel for failure to raise as an issue on direct appeal that the jury instructions were fundamentally flawed should be denied as well.  This Court agrees with the Magistrate Judge that the instructions as given were appropriate, and at a minimum, counsel was not ineffective for not raising the jury instructions issue on appeal.  See Report at pp. 22-26.

Finally, as to Petitioner's fourth claim regarding the length of his sentence, the Court again agrees with the Magistrate that the jury's finding regarding use of a firearm means there is no violation of Apprendi v. New Jersey, 530 U.S. 466 (2000). Therefore the instant petition should be denied on the merits for all of the reasons stated in the Report of the Magistrate Judge.

Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [DE 16] is hereby **ADOPTED**.

2. Petitioner's Objections [DE 19] are hereby **OVERRULED**;

3. The Petition [DE 1] in this case is hereby **DENIED**;

4. All pending motions are hereby **DENIED AS MOOT**;

5. The Clerk shall close this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of February, 2010.

_____
JAMES I. COHN
United States District Judge

copies to:

O'Neill Jackson, a/k/a Kevin Williams
DC #L56040
Martin Correctional Inst.
1150 SW Allapattah Road
Indiantown, FL 34956

Joseph Tringali, AAG

3